Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

In re:
DOMINICK M ZITELLA                              Case No. 09-41894
GINA M ZITELLA                                  Account No.  9921


SPECIALIZED LOAN SERVICING            DOMINICK M ZITELLA
8742 LUCENT BLVD #300                 GINA M ZITELLA
HIGHLANDS RANCH, CO  80129            568 SCHMIDT LANE
                                      YORKVILLE, IL  60560

                                      SCHOTTLER & ASSOC
                                      10 S LASALLE #1130
                                      CHICAGO, IL  60603


### NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on January 17, 2012.


/S/  Marifran Smith
_____

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee


### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 801 Warrrenville Road, Suite 650,, Lisle, IL on February 01, 2012.


/S/  Marifran Smith
_____

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee


Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888